# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-24-00096-CR

**William Baptiste Bloys, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
## NO. CR8500, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant William Baptiste Bloys has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a); *White v. State*, 993 S.W.2d 381, 382 (Tex. App.—Waco 1999, no pet.). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed: September 27, 2024

Do Not Publish